

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

### NO. WR-91,011-01

### EX PARTE JAMES HAROLD MOON, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. CR-16-26034-A IN THE 336TH DISTRICT COURT
### FROM FANNIN COUNTY

*Per curiam*.

### O R D E R

Applicant was convicted of aggravated assault and sentenced to twenty-five years' imprisonment. The Sixth Court of Appeals affirmed his conviction. *Moon v. State*, No. 06-17-00142-CR (Tex. App.—Texarkana del. May 24, 2018). Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

Before this Court received the habeas application, the trial court had ordered a response from trial counsel. The record provided to this Court, however, has no such response, and there are no findings from the trial court. The application is remanded to the trial court to allow the trial judge to complete an evidentiary investigation and enter findings.

The trial court shall make findings of fact and conclusions of law resolving the disputed factual issues within ninety days from the date of this order. The trial court may also make any other findings and conclusions that it deems appropriate. The district clerk shall then immediately forward to this Court the trial court's findings and conclusions and the record developed on remand, including, among other things, affidavits, motions, objections, proposed findings and conclusions, orders, and transcripts from hearings and depositions. *See* TEX. R. APP. P. 73.4(b)(4). Any extensions of time must be requested by the trial court and obtained from this Court.

Filed:      April 1, 2020
Do not publish